UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDA LANE,

      Plaintiff,

v.                                            Case No. 8:04-cv-654-T-24 TBM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, a
Connecticut Corporation,

      Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Extend the Discovery Period. (Doc. No. 36). Defendant opposes this motion. (Doc. No. 40).

In this ERISA case, the parties disputed whether Plaintiff was entitled to engage in discovery. On June 1, 2005, the magistrate judge ruled that Plaintiff was allowed to engage in limited discovery. (Doc. No. 38). As such, Plaintiff requests that the Court extend the discovery period (which ended May 31, 2005) by ninety days. Defendant opposes this motion to the extent that Plaintiff requests more than a thirty day extension, because it would result in the Court modifying all of the deadlines set forth in the Court's scheduling order.

The Court rejects Defendant's argument. This case was reassigned to the undersigned after the prior district judge set the deadlines in this case. The undersigned intended to modify the deadlines in the scheduling order, since it did not provide the Court with enough time to rule on any dispositive motions before the pretrial conference. As such, Defendant's argument that the Court should not extend the discovery deadline because it would result in a change to the other deadlines is not a sufficient reason to deny the motion. However, the Court finds that a

sixty day extension to the discovery deadline is sufficient.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Extend the Discovery Period (Doc. No. 36) is **GRANTED IN PART**;

(2) The discovery deadline is extended to August 1, 2005;

(3) The dispositive motion deadline is extended to September 1, 2005;

(4) The pretrial conference is moved to January 11, 2006 at 8:30 a.m. before the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Ave, Tampa, Florida 33602; and

(5) The trial is moved to the Court's February, 2006 trial calendar.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of June, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record